| | | |
|---|---|---|
| People v Chant | 4th Dept:140 AD3d 1645 (Chautauqua) | denied 9/7/16 (Stein, J.) |
| People v Cochran | 3d Dept: 140 AD3d 1198 (Albany) | denied 9/26/16 (Abdus-Salaam, J.) |
| People v Cole | 2d Dept: 140 AD3d 1183 (Kings) | denied 9/26/16 (Pigott, J.) |
| People v Columna | 1st Dept: 140 AD3d 580 (NY) | denied 9/23/16 (Garcia, J.) |
| People v Corra | 4th Dept: 141 AD3d 1175 (Niagara) | denied 9/20/16 (Garcia, J.) |
| People v Crockett | 1st Dept: 140 AD3d 576 (NY) | denied 9/6/16 (Stein, J.) |
| People v Cruz | 2d Dept: 137 AD3d 1158 (Nassau) | denied 9/8/16 (Stein, J.) |
| People v Culkin | 4th Dept: 141 AD3d 1114 (Erie) | denied 9/6/16 (DiFiore, Ch. J.) |
| People v Cwalinski | 2d Dept: 140 AD3d 1185 (Suffolk) | denied 9/20/16 (Garcia, J.) |
| People v Daniels | 2d Dept: 140 AD3d 1083 (Kings) | denied 9/29/16 (Fahey, J.) |
| People v Davis (Clayton) | 2d Dept: 141 AD3d 675 (Queens) | denied 9/12/16 (Stein, J.) |
| People v Davis (Lloyd) | 2d Dept: 139 AD3d 966 (Queens) | denied 9/6/16 (Rivera, J.) |
| People v Dean | App Div, 4th Dept, 6/1/16 (Ontario) | dismissed 9/19/16 (Garcia, J.) |
| People v Desgrosiellier | 4th Dept: 140 AD3d 1675 (Niagara) | denied 9/6/16 (Stein, J.) |
| People v Diaz | App Term, 1st Dept: 51 Misc 3d 146(A) (Bronx) | denied 9/30/16 (Abdus-Salaam, J.) |
| People v Diop | App Term, 1st Dept: 51 Misc 3d 152(A) (NY) | denied 9/26/16 (Fahey, J.) |
| People v Duren | App Div, 2d Dept: 2016 NY Slip Op 80383(U) (Nassau) | dismissed 9/30/16 (DiFiore, Ch. J.) |
| People v E | 3d Dept: 140 AD3d 1198 (Albany) | denied 9/26/16 (Abdus-Salaam, J.) |
| People v E-Murder | 3d Dept: 140 AD3d 1198 (Albany) | denied 9/26/16 (Abdus-Salaam, J.) |
| People v Ennis | 1st Dept: 139 AD3d 505 (NY) | denied 9/13/16 (Garcia, J.) |
| People v Faulks | 4th Dept: 140 AD3d 1610 (Monroe) | denied 9/7/16 (DiFiore, Ch. J.) |
| People v Garcia (Frank) | App Div, 4th Dept, 5/17/16 (Ontario) | dismissed 9/19/16 (Abdus-Salaam, J.) |
| People v Garcia (Rolando) | 1st Dept: 140 AD3d 480 (Bronx) | denied 9/26/16 (Pigott, J.) |
| People v Goldman | 3d Dept: 139 AD3d 1111 (Albany) | denied 9/26/16 (Fahey, J.) |